**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SHEILA RICHMOND, *on behalf of R.R.*,

    Plaintiff,

      v.

CAROLYN W. COLVIN, acting
Commissioner of Social Security

    Defendant.

**Civil Action No. 13-817 (CKK)**

**MEMORANDUM OPINION**
(December 20, 2013)

On September 20, 2013, the Court ordered the Plaintiff to file her Motion for Judgment of Reversal on or before November 26, 2013.  *See* Order (Sept. 20, 2013), ECF No. [11].  On November 26, 2013, the Court granted the Plaintiff's motion for an extension of time until December 17, 2013, to file her Motion for Judgment of Reversal.  *See* Order (Nov. 26, 2013), ECF No. [13].  The Plaintiff's Motion for Judgment of Reversal was not filed on December 17, 2013. As of the date of this Memorandum Opinion, the public docket reflects that Plaintiff has not filed her Motion for Judgment of Reversal or a Motion for Extension of Time.

Accordingly, this matter is DISMISSED WITHOUT PREJUDICE for want of prosecution.

    **SO ORDERED.**

                                  */s/*
                                 **COLLEEN KOLLAR-KOTELLY**
                                 UNITED STATES DISTRICT JUDGE